Jim J. Valcarce
VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Email: Jim@bushlawyers.com
ABA # 9505011

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

AGNES ROLAND, for herself and on behalf of the ESTATE OF VALERIE ALICE ROLAND;

Plaintiffs

Vs.

UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendants

**COMPLAINT FOR DAMAGES**

Case NO. _____ Civil

COMES NOW the plaintiffs, AGNES ROLAND Individually and as Personal Representative of the Estate of VALERIE ALICE ROLAND, Deceased, by and through counsel, Valcarce Law Office, LLC, for their cause of action against defendant, state and alleges as follows:

1) Plaintiffs are residents of the Fourth Judicial District, State of Alaska.

AGNES ROLAND, et al,
vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:10-cv-00030-JWS   Document 1   Filed 02/19/10   Page 1 of 6

2) Defendant United States Department of Health and Human Services is an agency of the United States government and is organized and exists under the laws of the United States of America.

3) The YUKON KUSKOKWIM HEALTH CORPORATION (YKHC) is a compacting entity with the United States Government, Department of Health and Human Services, and it has a duty to provide quality hospital services and medical care to predominantly Alaska Native beneficiaries who live in Alaska. YKHC owns and operates a hospital in Bethel, Alaska.

4) This suit is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec. 2674, and this court has exclusive jurisdiction over this action pursuant to 28 U.S.C. Sec. 1346(b).

5) Notice of this claim as required by 28 U.S.C. Sec. 2675 was received by the U.S. Department of Health and Human Services on February 10, 2010.

6) Defendant has not rendered a final decision and more than six months have passed, thus allowing plaintiffs to file in U.S. District Court. 20 U.S.C. Sec. 2675.

7) Plaintiff AGNES ROLAND is the mother of VALERIE ALICE ROLAND, deceased, who died on or about September 11, 2008, in Bethel, Alaska.

8) Plaintiff AGNES ROLAND is the named personal representative of the Estate of VALERIE ALICE ROLAND.

AGNES ROLAND, et al,
vs.
UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:10-cv-00030-JWS   Document 1   Filed 02/19/10   Page 2 of 6

9) On September 9, 2008, VALERIE ROLAND was brought to the Yukon-Kuskokwim Health Corporation (YKHC) in Bethel, Alaska at about 11:45 a.m. by the Bethel police because she was on top of a roof, intoxicated and very suicidal. She was admitted to the hospital in-patient, and then (late on the 9th or early on the 10th), moved to the YKHC behavioral health unit, called "crises respite."

10) On September 9, 2009 at about 11:45 a.m. VALERIE's mother, AGNES ROLAND, called YKHC and spoke to the mental health director. She told the director, "my daughter is in the hospital for trying to kill herself. She was trying to jump off the roof. Can you help keep her in the hospital and get further evaluation. She had done this before, she has a drinking problem, and she needs further evaluation in Anchorage." In response, the director said, "I'm busy right now, but I will make sure and have the on-call clinician evaluate her."

11) During said phone contact AGNES ROLAND told the director to call for information; begged the director not to release her daughter until she had been evaluated; and told her to call her, before she was released. None of said requests were done.

12) Sometime in the afternoon of September 10, 2008 (around 4 p.m. we believe), Valerie was released from YKHC. YKHC had VALERIE simply sign a document stating she promised not to hurt herself. No counseling, alcohol tests, or further evaluation with trained and competent staff occurred.

AGNES ROLAND, et al,
vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744 • FACSIMILE: (907)543-2746

Case 3:10-cv-00030-JWS   Document 1   Filed 02/19/10   Page 3 of 6

13) The night of September 10/ early on September 11, 2008 (between 11 p.m. to 8 a.m.) VALERIE ROLAND committed suicide, exactly as her mother had warned, by hanging herself (she was found on the floor with cloth around her neck).

14) YKHC, through its agents and servants were extremely negligent, including by the following: failing to properly evaluate her for suicide risk; failing to conduct an adequate assessment; failing to obtain a complete history; failing to answer a mother's warnings, failing to obtain an adequate medical exam and determine her level of alcohol and mental impairment; failing to establish contact with a safe person; failing to contact her parents; failing to follow up and otherwise acted negligently, including in negligent discharge of a known suicide risk. Thereafter, on information or belief, health records were modified after the events, in an attempt to cover up the numerous breaches.

15) On or about January 23, 2009, her mother was appointed as the personal representative to pursue the claims set forth herein.

16) Plaintiffs realign and incorporate herein as though they were set out In full, all allegations of the preceding paragraphs, and allege that YKHC was negligent in its acts and omissions.

17) Plaintiffs realign and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

18) Plaintiff AGNES ROLAND brings this action for the benefit of decedent's Estate, under the provisions of Alaska Statute 09.55.580. Plaintiffs further allege that as a

AGNES ROLAND, et al,
vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:10-cv-00030-JWS   Document 1   Filed 02/19/10   Page 4 of 6

direct and proximate result of the negligence of the Defendant described above, the decedent died.

19) At the time of decedent's death, decedent had a life expectancy of approximately 78.9 years, and decedent's estate has been deprived of the present value of the accumulations that the decedent would have made to decedent's estate had decedent lived out such life expectancy.

20) By reason of the injury and death of decedent, decedent's estate has incurred damage and loss including, but not limited to: loss of pecuniary benefits; loss of prospective inheritance; loss of contributions for support; loss of assistance and services; loss of prospective training and education; and medical and funeral expenses.

21) Plaintiffs realign and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

22) As a direct and proximate result of the negligence of the Defendant described above, the Parent-Plaintiff sustained negligent infliction of emotional distress and loss of love, support and consortium, injury, damage and loss including, but not limited to the following: economic and non economic damages, mental anguish and emotional distress; medical costs and related transportation, lodging and other expenses; loss of economic opportunities; loss of subsistence opportunities; loss of personal services, care and affection and consortium.

AGNES ROLAND, et al,
vs.
UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave,
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744 • FACSIMILE: (907)543-2746

Case 3:10-cv-00030-JWS   Document 1   Filed 02/19/10   Page 5 of 6

23) Plaintiffs realign and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs.

24) As a direct and proximate result of the negligence of the Defendant described above, Plaintiff incurred pre-death pain and suffering, damage and loss, mental anguish and emotional distress; medical costs and related transportation.

WHEREFORE, each of the Plaintiffs pray for relief as follows:

1. An amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to be determined at trial, plus prejudgment interest.
2. For reasonable costs and attorney fees incurred herein.
3. For such other and further relief as this court deems just and equitable

DATED this __ day of _____ 2010, at Bethel Alaska

_____
Jim J. Valcarce
Bar No. 9505011
VALCARCE LAW OFFICE, LLC
Attorney for Plaintiffs

AGNES ROLAND, et al,
vs.
UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

VALCARCE LAW OFFICE, LLC
PO Box 409 -- 900 3rd Ave.
Bethel, Alaska 99559
TELEPHONE: (907) 543-2744• FACSIMILE: (907)543-2746

Case 3:10-cv-00030-JWS   Document 1   Filed 02/19/10   Page 6 of 6