KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AGNES ROLAND, for herself and on behalf of THE ESTATE OF VALERIE ALICE ROLAND, ) ) ) ) | Case No. 3:10-cv-00030-JWS |
| Plaintiffs, ) ) | |
| v. ) ) | **STIPULATION FOR DISMISSAL** |
| UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES ) ) ) ) | |
| Defendant. | |

The parties, via undersigned counsel, stipulate that all claims which were asserted or which could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED June 24, 2011, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3388
Fax: (907) 271-2344
E-mail: Bryan.Wilson@usdoj.gov
FL# 0604501

VALCARCE LAW OFFICE

s/ Jim Valcarce (consent)
P.O. Box 409 / 900 3rd Avenue
Bethel, Alaska 99559
Phone: (907) 543-2744
Fax: (907) 543-2746
Email: Jim@bushlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2011,
a copy of the foregoing **STIPULATION**
**FOR DISMISSAL** was served electronically on:

Jim J. Valcarce

s/ E. Bryan Wilson

Roland v. United States
Case No. 3:10-cv-00030-JWS                    2

Case 3:10-cv-00030-JWS   Document 17   Filed 06/24/11   Page 2 of 2